UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

Plaintiff,

-against-

PARK WINGS INC. d/b/a ATOMIC WINGS and 528-530 NINTH REALTY LLC

Defendants.

Index No.: 1:16-cv-05555-KPF

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE***

Plaintiff MICHAEL ADAMS, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties seek a dismissal of all claims *with prejudice*.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4158666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 21, 2017, I electronically filed the foregoing via the CM/ECF System which will send a notice of electronic filing to all counsel of record.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4185666