UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL ADAMS,

                        Plaintiff,

-against-                                           Case No.: 1:16-CV-05555-KPF

PARK WINGS INC. d/b/a ATOMIC WINGS and
528-530 NINTH REALTY LLC

                        Defendants.

------------------------------------------------------------X

## DEFENDANT'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Defendant 528-530 NINTH REALTY LLC, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties seek a dismissal of all claims, including 528-530 NINTH REALTY LLC's cross-claims against PARK WINGS INC., with prejudice.

                                                                       Respectfully submitted,

                                                                       JACKSON LEWIS LLP
                                                                       44 South Broadway, 14th Floor
                                                                       White Plains, New York 10601

By: _____
            Joseph J. Lynett
            Joseph J. DiPalma
            ATTORNEYS FOR DEFENDANT
            528-530 Ninth Realty LLC

Dated: April 24, 2017
         White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL ADAMS,

                         Plaintiff,

-against-                                      **Case No.: 1:16-CV-0555-KPF**

PARK WINGS INC. d/b/a ATOMIC WINGS
and 528-530 NINTH REALTY LLC

                         Defendants.

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       This is to certify that on April 24, 2017 Defendant's Notice of Voluntary Dismissal to Plaintiff has been served via ECF and First Class mail on counsel for Plaintiff and the *Pro Se* Co-Defendant at the address set forth below:

Tara Demetriades, Esq.
ADA Accessibility Associates
1076 Wolyer Hollow Road
Oyster Bay, New York 11771
Telephone: (516) 595-5009
TDemetriades@aol.com
*Attorneys for Plaintiff Michael Adams*

Park Wings, Inc.
528 9th Avenue
New York, New York 10018
*Pro Se Defendant*

                                                           Joseph J. DiPalma

4825-1649-7479, v. 1